UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LINO ZEPEDA GOMEZ,
        Petitioner,
    v.                                **Judgment in a 2255 Action**
UNITED STATES OF AMERICA,
        Respondent.              Criminal Case No. 7:01-CR-69-F
                                                  Civil Case No. 7:02-CV-206-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the petitioner's motion to set aside a previous 2255 judgment and the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that the petitioner's motion to set aside a previous 2255 judgment is DENIED and the respondent's motion to dismiss is ALLOWED and this matter is DISMISSED.

This Judgment Filed and Entered on April 30, 2012, with service on:
Lino Zepeda Gomez 20783-112 Taft Correctional Institution Unit A3A, P.O. Box 7001 Taft, CA 93268 (via U.S. Mail)
Joel Wagoner (via CM/ECF Notice of Electronic Filing)
Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)

April 30, 2012                                                 /s/ Julie A. Richards
                                                                     Clerk